IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CALVIN SNUGGS, )
 )
      Petitioner, )
 ) 1:06CV00289
v. ) 1:00CR214-2
 )
UNITED STATES OF AMERICA, )
 )
      Respondent. )

## J-U-D-G-M-E-N-T

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on March 29, 2006, was served on the parties in this action. No objections were filed within the time limits prescribed by Section 636.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Petitioner's petition pursuant to 28 U.S.C. § 1651 [Pleading No. 1] be dismissed without prejudice to Petitioner filing a Motion for Authorization in the court of appeals as required by 28 U.S.C. §§ 2255 and 2244 and Fourth Circuit Local Rule 22(d).

                                                                  United States District Judge

Date: June 9, 2006